Argued May 17, affirmed May 17, 1971

# STATE OF OREGON, *Appellant, v.* JOHN STEWART VANDENOVER (Case No. 35427), *Respondent.*

484 P2d 1130

*James C. Farrell,* Deputy District Attorney, Roseburg, argued the cause for appellant. With him on the brief was Doyle L. Schiffman, District Attorney, Roseburg.

*Randolph Slocum,* Roseburg, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

Affirmed from the bench.